FILED

08 AUG 12 PM 2: 35

LEE ?  DISTRICT COURT
N THERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Alfonso Mouzon
                                    )
                        Plaintiff,  )     CASE NO. CV 08 3678 MMC (PR)
                                    )
        vs.                         )     PRISONER'S
                                    )     APPLICATION TO PROCEED
                                    )     IN FORMA PAUPERIS
Pam Ahlin, Exec. Dir. (A)           )
                        Defendant.  )
_____)

    I, Alfonso Mouzon , declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes __X__ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: $50.00 per Month      Net: $600.00 per Year

Employer: Patient Worker at COALINGA STATE HOSPITAL,
P.O. Box 5003, Coalinga, CA 93210-5003

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received.  (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Not Applicable _____

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ____ | No **X** |
| b. | Income from stocks, bonds, or royalties? | Yes ____ | No **X** |
| c. | Rent payments? | Yes ____ | No **X** |
| d. | Pensions, annuities, or life insurance payments? | Yes ____ | No **X** |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ____ | No **X** |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

**Not Applicable** _____

_____

3.    Are you married?                    Yes ____ No **X**__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

Not Applicable

_____

5.    Do you own or are you buying a home?          Yes ____ No **X**

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?          Yes ____ No **X**

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? Yes ____ No **X** (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ___ No **X** Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No **X**

_____

8.    What are your monthly expenses?

Rent: $ ___**$00.00**___ Utilities: ___**$00.00**___

Food: $ ___**$50.00 per Month**___ Clothing: ___**$00.00**___

Charge Accounts:    **NONE**

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

**None**

_____

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ____ No **X**

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

**Not Applicable**

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8-8-08                          *Alfonso Mouzon*
                                **Alfonso Mouzon**

DATE                            SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 4 -

1
2    Case Number: CV 08 3678 MMC (PR)
3
4
5
6
7
8
9              CERTIFICATE OF FUNDS
10                      IN
11             PRISONER'S ACCOUNT
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of Alfonso Mouzon_____ for the last six months at
15                          [prisoner name]
16   Coalinga State Hospital_____ where (X)he is confined.
17             [name of institution]
18        I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ 36.76 and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $ 84.57 .
21
22   Dated: 7/25/08
23                          [Authorized officer of the institution]
24
25                          DATE 7/25/08
26                          THIS IS A CERTIFIED COPY OF
27                          THE ABOVE NAMED PATIENT'S
28                          HOSPITAL ACCOUNT.

                          TRUST OFFICER

                            - 5 -

**CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).**

7/25/2008
9:04:47AM

**COALINGA STATE HOSPITAL**
**TRUST ACCOUNT / CASHIERS' SYSTEM II**
**Patient Ledger Report**

Page 1 of 2

0004739    Mouzon, Alfonzo

| | TransDate | Doc No. | Item | Comment | Withdrawl | Deposit | Balance |
|---|---|---|---|---|---|---|---|
| 1 | 01/25/2008 | 13-012508 | Misc Disbursement | Cash Card Disb | $13.50 | | $0.00 |
| 2 | 01/29/2008 | 17-20503 | Jan Pay 1/1-1/15/08 | Jan Pay 1/1-1/15/08 | | $14.00 | $14.00 |
| 3 | 02/04/2008 | 13-020408 | Misc Disbursement | CASH CARD DISB | $14.00 | | $0.00 |
| 4 | 02/14/2008 | 17-20530 | Jan Pay 1/16-1/31/08 W/12.50 | Jan Pay 1/16-1/31/08 W/12.50 | | $36.50 | $36.50 |
| 5 | 02/14/2008 | 17-20530 | Jan Pay 1/10-1/15/08 | Jan Pay 1/10-1/15/08 | | $8.00 | $44.50 |
| 6 | 02/28/2008 | 17-20552 | Feb Pay 2/1-2/15/08 | Feb Pay 2/1-2/15/08 | | $20.00 | $64.50 |
| 7 | 03/03/2008 | 13-030308 | Misc Disbursement | CASH CARD DISB | $64.50 | | $0.00 |
| 8 | 03/13/2008 | 17-20579 | Feb Pay 2/16-2/29/08 w/12.50 | Feb Pay 2/16-2/29/08 w/12.50 | | $32.50 | $32.50 |
| 9 | 03/17/2008 | 13-031708 | Misc Disbursement | CASH CARD DISB | $32.50 | | $0.00 |
| 10 | 03/28/2008 | 17-21011 | MAR PAY 3/1-3/15/08 | MAR PAY 3/1-3/15/08 | | $22.00 | $22.00 |
| 11 | 03/28/2008 | 17-21011 | Late Pay 2/1-2/15/08 | Late Pay 2/1-2/15/08 | | $2.00 | $24.00 |
| 12 | 04/01/2008 | 13-040108 | Misc Disbursement | Photocopies - HIMD | $0.60 | | $23.40 |
| 13 | 04/02/2008 | 13-040208 | Misc Disbursement | Cash Card Disb | $13.00 | | $10.40 |
| 14 | 04/03/2008 | 13-040308 | Misc Disbursement | CASH CARD DISB | $10.40 | | $0.00 |
| 15 | 04/14/2008 | 17-21036 | Mar Pay 3/16-3/31/08 w/12.50 | Mar Pay 3/16-3/31/08 w/12.50 | | $32.50 | $32.50 |
| 16 | 04/16/2008 | 13-041608 | Misc Disbursement | CASH CARD DISB | $12.50 | | $20.00 |
| 17 | 04/22/2008 | 13-013416 | Misc Disbursement | Mrs. Debra Mouzon | $20.00 | | $0.00 |
| 18 | 04/22/2008 | 16-21048 | Angela McGlothlan | Angela McGlothlan | | $175.00 | $175.00 |
| 19 | 04/23/2008 | 13-042308 | Misc Disbursement | CASH CARD DISB | $20.00 | | $155.00 |
| 20 | 04/25/2008 | 13-013443 | Misc Disbursement | Kenneth Copeland Ministries | $17.50 | | $137.50 |
| 21 | 04/30/2008 | 13-043008 | Misc Disbursement | CASH CARD DISB | $15.50 | | $122.00 |
| 22 | 04/30/2008 | 17-21064 | Apr Pay 4/1-4/15/08 | Apr Pay 4/1-4/15/08 | | $22.00 | $144.00 |
| 23 | 05/01/2008 | 13-013466 | Misc Disbursement | Debra Mouzon | $38.00 | | $106.00 |
| 24 | 05/12/2008 | 13-013533 | Misc Disbursement | Mrs. Debra Mouzon | $35.00 | | $71.00 |
| 25 | 05/14/2008 | 13-051408 | Misc Disbursement | CASH CARD DISB | $5.00 | | $66.00 |
| 26 | 05/14/2008 | 17-21086 | Apr Pay 4/16-4/30/08 w/12.50 | Apr Pay 4/16-4/30/08 w/12.50 | | $34.50 | $100.50 |
| 27 | 05/20/2008 | 13-052008 | Misc Disbursement | CASH CARD DISB | $5.00 | | $95.50 |
| 28 | 05/22/2008 | 13-052208 | Misc Disbursement | CASH CARD DISB | $5.00 | | $90.50 |
| 29 | 05/29/2008 | 17-22113 | May Pay 5/1-5/15/08 | May Pay 5/1-5/15/08 | | $22.00 | $112.50 |
| 30 | 06/03/2008 | 13-060308 | Misc Disbursement | CASH CARD DISB | $10.00 | | $102.50 |
| 31 | 06/11/2008 | 13-061108 | Misc Disbursement | CASH CARD DISB | $10.00 | | $92.50 |
| 32 | 06/12/2008 | 17-22139 | May Pay 5/16-5/31/08 w/12.50 | May Pay 5/16-5/31/08 w/12.50 | | $36.50 | $129.00 |
| 33 | 06/18/2008 | 13-061808 | Misc Disbursement | CASH CARD DISB | $10.00 | | $119.00 |
| 34 | 06/23/2008 | 16-22154 | Angela Mc Glorthan | Angela Mc Glorthan | | $15.00 | $134.00 |
| 35 | 06/23/2008 | 13-062308 | Misc Disbursement | CASH CARD DISB | $10.00 | | $124.00 |
| 36 | 06/27/2008 | 17-22168 | June Pay 6/1-6/15/08 | June Pay 6/1-6/15/08 | | $20.00 | $144.00 |
| 37 | 07/07/2008 | 13-070708 | Misc Disbursement | Cash Card Disb. | $10.00 | | $134.00 |
| 38 | 07/14/2008 | 13-071408 | Misc Disbursement | CASH CARD DISB | $10.00 | | $124.00 |

**TOTAL WITHDRAWLS / DEPOSITS:**                          **$382.00**   **$492.50**

CONFIDENTIAL PATIENT INFORMATION - CALIFORNIA WELFARE AND INSTITUTIONS CODE
SECTIONS 5328 & 4514. INFORMATION SUBJECT TO RELEASE IN ACCORDANCE WITH THE
FEDERAL PRIVACY ACT OF 1974 (PUBLIC LAW 93-579).

7/25/2008                          COALINGA STATE HOSPITAL                        Page 2 of 2
9:04:48AM                   TRUST ACCOUNT / CASHIERS' SYSTEM II
                                    Patient Ledger Report

0004739    Mouzon, Alfonzo

|    | TransDate  | Doc No.  | Item                          | Comment                       | Withdrawl | Deposit  | Balance  |
|----|------------|----------|-------------------------------|-------------------------------|-----------|----------|----------|
| 39 | 07/14/2008 | 17-22188 | June Pay 6/16-6/30/08 w/12.50 | June Pay 6/16-6/30/08 w/12.50 |           | $32.50   | $156.50  |
| 40 | 07/23/2008 | 16-23004 | Angela Mc Glarthan            | 18227 Lost Knife Cir. # 202   |           | $100.00  | $256.50  |
| 41 | 07/23/2008 | 13-072308| Misc Disbursement             | CASH CARD DISB                | $5.00     |          | $251.50  |

DATE 7/25/08

THIS IS A CERTIFIED COPY OF
THE ABOVE NAMED PATIENT'S
HOSPITAL ACCOUNT.

*Debi Philips*

TRUST OFFICER

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| **TOTAL WITHDRAWLS / DEPOSITS:** | | | | | $387.00 | $625.00 | |

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**(PR)**
**MMC**

Dear Sir or Madam:

**CV 08        3678**

Your petition has been filed as civil case number_____

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ____ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   ✓ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   o/c You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ✓ Other  _No IFP APPLICATION_____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
                 Deputy Clerk

rev. 11/07

MOUZON

Alfonso Mouzon #CO-000473-9
COALINGA STATE HOSPITAL
P.O. Box 5003 Unit #7
Coalinga, CA  93210-5003

In Re to Case No.: CV 08 3678 MMC (PR)

BAKERSFIELD CA 933
MOJAVE-A
08 AUG 2008 PM 4
John Adams

"LET US DARE TO READ,
THINK, SPEAK, AND WRITE"

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL     PERMIT NO. 12615     WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680