IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFONSO MOUZON,

        Petitioner,

  v.

PAM AHLIN, Warden,

        Respondent.
                                  /

No. CV-08-3678 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition is hereby DISMISSED, pursuant to 28 U.S.C. § 2244(b) and without prejudice, as a second or second successive petition.

Dated: February 2, 2009                                                 Richard W. Wieking, Clerk

                                                                            By: Tracy Lucero
                                                                            Deputy Clerk